## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | | |
|---|---|---|
| **IN RE:** | § | |
| | § | |
| **MICHAEL B. GOODWIN** | § | **Case No. 15-41589** |
| **XXX-XX-9667** | § | **Chapter 13** |
| | § | |
| **IVONNE M. GOODWIN** | § | |
| **XXX-XX-0075** | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| | § | |
| **DEBTORS** | § | |

### ORDER SUSTAINING DEBTORS' OBJECTION TO PROOF OF
### CLAIM NO. 3 FILED BY SPECIALIZED LOAN SERVICING, LLC

ON THIS DATE the Court considered the Objection of Michael B. Goodwin and Ivonne

M. Goodwin  (herein jointly "Debtor"), to Proof of Claim No. 3 filed by Specialized Loan

Servicing, LLC ("Creditor") in the amount of $129,744.29.  Debtors' Objection was filed on

January *18th*, 2016.

The Court finds that the Objection contains proof sufficient to overcome the presumption

of validity imposed by Fed. R. Bankr. P. 3001(f), and was properly served pursuant to the

Federal and Local Rules of Bankruptcy Procedure.  The Court further finds the Objection

contained the appropriate 21-day negative notice language, pursuant to LBR 9007, which

directed Creditor to file a written response within twenty-one days or the Objection would be

deemed by the Court to be unopposed.  Due to the failure of Creditor to file a timely written

response to the Objection, the Court deems Debtors' Objection to be unopposed and, therefore,

the Court finds that just cause exists for the entry of the following order.

**IT IS THEREFORE ORDERED** that Debtors' Objection to the Proof of Claim filed by

Claimant is **SUSTAINED** and that Claim No. 3 filed by Specialized Loan Servicing, LLC is

hereby allowed except no interest shall be due and payable on the pre-petition arrearage.

Prepared By:

GARY J. CAMPBELL
State Bar I.D. No. 03702500
Gary J. Campbell & Associates PC
P.O. Box 758
Sherman, Texas 75091-0758
(903) 868-0545
FAX:   (800) 641-9045

ATTORNEY FOR DEBTORS