
EOD
03/15/2016

# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| IN RE: § | |
| § | CASE NO. 15-41589 |
| MICHAEL B. GOODWIN § | |
| IVONNE M. GOODWIN § | CHAPTER 13 |
| DEBTOR(S) § | |

### AGREED ORDER ON OBJECTION TO PROOF OF CLAIM OF
### SPECIALIZED LOAN SERVICING LLC AND OBJECTION TO CONFIRMATION OF PLAN
(THIS ORDER RESOLVES DOCKET ENTRY #24 AND #34)

Came now for consideration of the Objection to Proof of Claim and Objection to Plan of Specialized Loan Servicing LLC, as servicing agent for The Bank of New York Mellon Trust Company, National Association fka The Bank of New York Trust Company, N.A. as successor to JPMorgan Chase Bank, as Trustee for Residential Asset Securities Corporation, Home Equity Mortgage Asset-Backed Pass Through Certificates Series 2002-KS4 (hereinafter collectively referred to as "SLS") who is the current holder of Note and Deed of Trust which is secured by 230 Preston Club Drive, Sherman, Texas 75092 (the "Property"), and the Court, after considering same, and the agreement of counsel, orders as follows:

IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the pre-petition arrears claimed by SLS in the amount of $39,147.42 shall be paid through the Chapter 13 Plan together with 0% interest unless Debtor obtains approval of a loan modification by June 16, 2016 or alternatively surrenders the Property.

Signed on 3/15/2016

_Brenda T. Rhoades_    SR
HONORABLE BRENDA T. RHOADES,
UNITED STATES BANKRUPTCY JUDGE

AGREED TO AND APPROVED BY:

\_/s/Gary Campbell_____
Gary J. Campbell / TBN 03702500
Gary J. Campbell & Associates, P.C.
320 North Travis, Suite 207, P.O. Box 758
Sherman, TX 75091-0758
(903) 868-0545
Attorney for Debtor(s)

\_/s/LynAlise Tannery_____
Cristina Platon Camarata / TBN 16061560
Michael J. Burns / TBN 24054447
Sammy P. Hooda / TBN 24064032
LynAlise K. Tannery / TBN 24083941
Buckley Madole, P.C.
Attorneys and Counselors
14841 Dallas Parkway, Suite 300
Dallas, Texas 75254
(972) 643-6600
(972) 643-6698 (Telecopier)
E-mail: BkcyAttorneys@BuckleyMadole.com
Attorney for Specialized Loan Servicing LLC